IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH JETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:13-cv-01249 |
| | § | |
| NATIONAL OILWELL VARCO, | § | JURY DEMANDED |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff Joseph Jett and Defendant National Oilwell Varco and file this their Joint Stipulation of Dismissal. Plaintiff no longer desires to pursue his claim(s) against Defendant. The parties therefore stipulate that this case may be dismissed with prejudice and each party shall bear its own costs.

Respectfully submitted,

By: /s/ Nasim Ahmad
    Nasim Ahmad
    State Bar No. 24014186
    Federal I.D. No. 24504
CLINE AHMAD
21 Waterway, Suite 300
The Woodlands, Texas 77380
Telephone: 281-362-2801
Facsimile: 281-864-4379
Email: nahmad@cline-ahmad.com

ATTORNEY-IN-CHARGE FOR PLAINTIFF
JOSEPH JETT

-2-

By: /s/R. Michael Moore
R. Michael Moore
State Bar No. 14371400
Federal I.D. No. 4354
LAW OFFICE OF R. MICHAEL MOORE
7500 San Felipe St., Suite 335
Houston, Texas  77063
Telephone:  713-621-8185
Facsimile:   713-621-8184
Email:  rmmoore@sbcglobal.net

ATTORNEY-IN-CHARGE FOR DEFENDANT
NATIONAL OILWELL VARCO

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of March, 2014, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Mr. R. Michael Moore
>LAW OFFICE OF R. MICHAEL MOORE
>7500 San Felipe St., Suite 335
>Houston, Texas  77063
>*Attorney-in-Charge for Defendant*

/s/Nasim Ahmad
Nasim Ahmad